IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>BRIAN L. LORENTZEN, )<br>)<br>Defendant. | Case No: 8:07CR332<br><br>**ORDER** |

    Before the court is the government's Motion to Continue Rule 16 Discovery Deadline [11].  Good cause being shown, the motion will be granted.  The government's Rule 16 discovery deadline is extended until three working days after an attorney enters an appearance for the defendant.

  IT IS SO ORDERED.

  DATED this 7th day of November, 2007.

                                                BY THE COURT:

                                                s/ F.A. Gossett
                                                United States Magistrate Judge